# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Beau Maestas,

    Petitioner

v.

William Gittere, et al.,

    Respondents

Case No.: 2:18-cv-02434-JAD-PAL

**Order Granting in Part Application to Proceed *In Forma Pauperis* and Appointing Counsel**

[ECF Nos 1, 4]

    Petitioner Beau Maestas was sentenced to death after pleading guilty to several charges including first-degree murder.[1] He now petitions for a writ of habeas corpus.[2] I have reviewed his petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and I find it worthy of service upon the respondents.

    Maestas also filed an application for leave to proceed *in forma pauperis*[3] and requests appointed counsel.[4] His financial records show that he can pay the $5.00 filing fee, so I decline to waive the filing-fee requirement. It does appear, however, that Maestas lacks the resources necessary to employ counsel for this capital habeas corpus action, so I grant him pauper status for all other purposes in this case, and I appoint counsel to represent him.

    Accordingly, IT IS HEREBY ORDERED that Maestas's application to proceed *in forma pauperis* **[ECF No. 1]** is **GRANTED in part and DENIED in part.** Maestas is granted leave to

---

[1] *Maestas v. State*, 275 P.3d 74, 76 (2012).
[2] ECF No. 2.
[3] ECF No. 1.
[4] ECF No. 4.

proceed *in forma pauperis* in all respects other than payment of the filing fee, which has already been paid.

IT IS FURTHER ORDERED that Maestas's motion for appointment of counsel **[ECF No. 4] is GRANTED**. The Federal Public Defender for the District of Nevada is appointed to represent Maestas. The Federal Public Defender will have **until January 31, 2019,** to file either a notice of appearance as counsel or a notice indicating its inability to represent Maestas in these proceedings.

The **Clerk of Court** is directed to **electronically SERVE a copy of this order on the Federal Public Defender** for the District of Nevada. The **Clerk of Court** is also directed to **ADD Adam Paul Laxalt**, Attorney General of the State of Nevada, as counsel for respondents.

Finally, the **Clerk of Court** is directed to **electronically SERVE** upon respondents **a copy of Maestas's petition (ECF Nos. 2/3) and a copy of this order.** Respondents have **until January 31, 2019, to enter a notice of appearance**, but no further action in this case is required until the Court orders otherwise.

Dated: December 28, 2018

_____
U.S. District Judge Jennifer A. Dorsey